# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CHRISTOPHER M. DAY,<br><br>        Defendant. | CASE NO. CR07-5812BHS<br><br>ORDER TO EXTEND REPORTING DATE |

This matter having come before the Court on Defendant's Motion to Extend Reporting Date and the Court having considered the files and records herein, including the Motion fo Defendant, it is hereby

**ORDERED** that Christopher M. Day's reporting date is now extended to August 11, 2008.

Dated this 23rd day of June, 2008.

/s/ Benjamin H. Settle
BENJAMIN H. SETTLE
United States District Judge

ORDER